THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
In the Matter
of the Care and Treatment of Don R. Boyd, Sr., Appellant.

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.   2011-UP-068
 Submitted February 1, 2011  Filed
February 16, 2011

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Attorney General Deborah R.J.
 Shupe, Assistant Attorney General R. Westmoreland Clarkson, and Assistant
 Attorney General William M. Blitch, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Don
 R. Boyd, Sr. appeals his commitment to the South Carolina Department of Mental
 Health pursuant to a jury's finding he was a sexually violent predator under
 the Sexually Violent Predator Act.  He argues the trial court erred in limiting
 his recross-examination of an expert witness.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 China, 312 S.C. 335, 342, 440 S.E.2d 382, 385-86 (Ct. App. 1993) (holding
 that in the absence of a proffer of
 excluded testimony, an argument that a trial court erred by permitting redirect
 examination but not recross is not preserved for appeal).
AFFIRMED. 
FEW, C.J., KONDUROS, J.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.